FRANK O'NEILL, Respondent, *v.* OWENS & Co., INC., Defendant, and UNITED DRESSED BEEF COMPANY OF NEW YORK, Appellant.

(Argued October 19, 1932; decided November 22, 1932.)

*George J. Stacy* and *James J. Mahoney* for appellant.

*James E. Smith, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.